# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Zidan Wesam Abdallah, DOB xx/xx/2006<br><br>*Defendant(s)* | )<br>)<br>) Case No. 25-808M(NJ)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Dec. 21 and Dec, 23, 2024  in the county of  Milwaukee  in the Eastern District of  Wisconsin , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 245(b)(2);<br>Title 18 U.S.C. § 875(c); and<br>Title 18 U.S.C. § 1038(a) | Federally Protected Activities;<br>Interstate Threats; and<br>False Information and Hoaxes |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*SA Amy Mentzel*
*Complainant's signature*

Amy Mentzel, FBI Special Agent
*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date: 2/7/2025

*Nancy Joseph*
*Judge's signature*

City and state:  Milwaukee, Wisconsin    Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

1. I, Amy Mentzel, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant for by Zidan Wesam Abdallah ("ABDALLAH"). There is probable cause to believe that a violation of 18 U.S.C. § 245(b)(2), Federally Protected Activities; 18 U.S.C. § 875(c), Interstate Threats; and 18 U.S.C. § 1038(a), False Information and Hoaxes, have been committed, are being committed, and/or will be committed by ABDALLAH.

3. I am a Special Agent for the Federal Bureau of Investigation ("FBI"), where I have been employed since 2006. I am currently assigned to an FBI squad which investigates civil rights and public corruption crimes. I was previously assigned to FBI Violent Crime squads in the Milwaukee and Detroit Divisions as a member of FBI Human Trafficking and Violent Crimes Against Children Task Forces. I primarily investigated human trafficking, child exploitation matters, and kidnapping cases.

4. I am a federal law enforcement officer under applicable provisions of the United States Code and under Rule 41(a) of the Rules of Criminal Procedure. I have received training and have experience in the enforcement of the laws of the United States, including preparation and presentation of search warrants, and in executing court-ordered search warrants.

5. This Affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint and requested arrest warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary for the

1

limited purpose of establishing probable cause. Additionally, unless otherwise indicated, wherever in this Affidavit asserts that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

## PROBABLE CAUSE

6. On December 23, 2024, security personnel at the University School of Milwaukee (USM), located in River Hills, Wisconsin, contacted the River Hills Police Department (RHPD) to report USM had received a bomb threat from telephone number 587-205-6694. RHPD was unable to ping the number and it was determined to be a "spoof" or fake number. USM was on Christmas break, but hockey games were scheduled to take place on school grounds that day.

7. USM security guard J.P. told officers with RHPD that the caller asked if he was speaking with USM and stated he was going to blow up the school. J.P. also advised RHPD that a threatening voicemail had been left with USM from 917-686-2997 on December 21, 2024. RHPD found this number associated with ABDALLAH in Franklin Police Department (FPD) and Mequon Police Department (MPD) reports. This phone number was also attributed to ABDALLAH in police reports obtained from the University of California, Santa Barbara Police Department (UCSB). On December 22, 2024, ABDALLAH's father contacted UCSB stating that ABDALLAH had left him a voicemail from this number threatening to kill him.

8. On December 24, 2024, the USM Security Director, Chad Wagner, contacted RHPD to advise that another threatening voicemail to USM was found from 414-415-4374, a number that was not attributed to a caller or carrier. The voice in this voicemail sounded like ABDALLAH. ABDALLAH did not identify himself in this call. Wagner advised RHPD that

2

ABDALLAH had been a student at USM, but he had been expelled due to behavior issues. ABDALLAH also previously threatened a female USM student.

9. In an interview on January 8, 2025, J.P. told your Affiant that during the threatening phone call on December 23, 2024, the caller asked if J.P. was a devil worshipper and stated he would destroy the school, and that he would blow up the school. The caller made comments about Christians and Jews and other statements related to religion. The bomb threat prompted J.P. to advise Wagner to contact RHPD and the school was "shut down."

10. J.P. told your Affiant that she believed the person who made the bomb threat and left the threatening voicemails at the school may be the same person due to the tone of the voicemails and religious undertones in the messages. J.P. provided your Affiant with the two recorded voicemails to USM from telephone number 917-686-2997 and 414-415-4374 in which the caller, who initially identifies himself as ABDALLAH, stated the following:

**VOICEMAIL 1: DECEMBER 21, 2024, FROM 917-686-2997**

11. (Unintelligible ("UI")) My name is Zidan Wesam (UI) Abdullah. I (UI) over you, I'm, I'm the (UI), I'm the caliph of this world, I've been with spiritual energy in this world. Your ps- your school, I'm de..I'm publicly declaring under God, your school is pathetic, its satanism, its Jewi-Judaism, you guys are all bought and known, pathetic white people, soulless white people, that think they have any spiritual energy or power. You guys are all pathetic and useless. You guys understand you're my bitches. I'll step on you like my fucking end of my fucking shoe. You understand me? Whoever is listening to this fucking, uh-uh, call. I dare you to challenge me. I dare you to go against me, you fucking pussy. You fucking little bitch, (UI), you-you fucking cowards. You guys were so scared of people that you-you, powered in your own school and made your own secret organization. You fucking idiots. You pathetic fucking, you mother fuckers, you guys literally fuck your own mothers and masturbate to your children, you pedophilic, satanistic, disgusting mother fuckers, you disgusting bitches, disgusting Jewish

3

b-bitches. Fuck you niggas bro. Dead ass, fuck you niggas, you niggas are fucking retarded as fuck, you niggas are fucking slow. You niggas think your smart brain beats (UI) making (UI). All right bro, let see what God's about to do to your dumb ass school you bitch ass niggas. You pussy ass niggas, fuck you bitch ass niggas. Fuck you, suck my dick, bitch. Literally, (UI) literally, suck it, just like you suck your own Dad's dick, most of you, fucking pussys, literally, fuck you niggas.

### VOICEMAIL 2: DECEMBER 23, 2024, FROM 414-415-4374

12. You guys are all going to be ravaged. You guys are all going to be torn to bits like the animals you are. You fucking sick savages. Fuck you all. You fucking, stupid mother fuckers. You fucking animals, you demons. I am living proof that the devil has no power. If I, for this guy that just recorded this voicemail. If I took his mom and I fucked his mom, with um, a sword and then I killed her (UI) and chopped her head off. What would you do? What would you do? Mother fucker. Fucking pussys. You guys know exactly who I am. You guys know exactly who you fucked with. You guys know exactly what your about to get up your fucking asses, all of you.

### STATEMENTS FROM A.F. AND M.J.

13. On January 6, 2025, A.F. contacted the Milwaukee FBI to advise that Instagram user "ahmadabdullahalmahdi" had posted videos or "stories" to Instagram threatening Jewish students and an Indian student. The poster, who appears in many of the videos was identified by USM students and parents as ABDALLAH. A.F. advised that in the videos, ABDALLAH stated, "I hate Jews so much I'm going to kill them all," and "we need to kill all the Jews."

14. Your Affiant reviewed the videos provided by A.F. In on of the videos, ABDALLAH threatens to rip the head off M.J. and calls her a "disgusting, evil Indian." He states several times in the video that he will kill M.J. and if he sees her, he will "have to take

4

her life." In another video ABDALLAH vehemently states "It's time for the Jews to die and the Indians to die."

15. On January 6, 2025, M.J. contacted the UC Santa Barbara Police Department ("UCSB") to report that she received direct messages from "ahmadabdullahalmahdi" via Instagram Messenger, who M.J. knew to be ABDALLAH. The police report states ABDALLAH messaged, "I'm going to kill you…You will die…Indian." ABDALLAH also posted a video to the Instagram account stating he would "slice your fucking head off your body" and called M.J. an "Indian slut." M.J. told an officer that she had attended school with ABDALLAH at USM, but they were not friends and did not really know each other. ABDALLAH made at least four videos posted on Instagram threatening to kill M.J. On January 6, 2025, ABDALLAH was served with an Emergency Protective Order ("EPO") for M.J. When served with the order, ABDALLAH stated to the officer, "It doesn't matter either because if she's gonna be killed she's gonna be killed with me and my army." The officer noted that a later Instagram story on ABDALLAH's account contained a video of the EPO torn into pieces.

16. On Monday, January 6, 2025, UCSB arrested ABDALLAH for state violations of criminal trespass and stalking. Incident to his arrest, UCSB officers seized ABDALLAH's black Apple iPhone 15, Model Number MTLV3LL/A, S/N ML71PO77DG, IMEI 35 835584 537418 6, IMEI2 35 835584 516363 9.

### OTHER THREATS FROM 917-686-2997 AND INSTAGRAM

17. A UCSB missing person report for ABDALLAH, dated December 18, 2024, listed 917-686-2997, as the contact number for ABDALLAH. The report was made by ABDALLAH's father, who resides in Wisconsin. ABDALLAH's father made the report after ABDALLAH had not contacted his father for several hours after sending threatening text messages to his father and other family members. An additional December 18, 2024, UCSB report stated that these text messages to ABDALLAH's father and family members were sent

5

Case 2:25-cr-00044-LA    Filed 02/07/25    Page 6 of 8    Document 1

between December 16 and December 18, 2024, and included, "I'm going to rape and destroy you," "Either serve me or die," and "If you do not serve me, its time for you to die."

18. A Santa Barbara County Sheriff's Department (SBCSD) report dated December 23, 2024, also associates phone number 917-686-2997 with ABDALLAH. ABDALLAH was arrested for vandalism and the assault of a security guard at a marijuana dispensary in Isla Vista, California.

19. On January 6, 2025, former USM student, H.L., made a complaint to the Mequon Police Department (MPD) regarding threats by ABDALLAH. H.L. stated that ABDALLAH made threats to H.L. and others, on Instagram stories. In a video, ABDALLAH stated, "Keep in mind that [H.L.'s first and last name] already knows he is going to die, he already knows I'm gonna kill him. He's gonna bow to me and he is gonna die." The MPD report also stated that ABDALLAH posted images showing his admiration for Luigi Mangione, who is a suspect criminally charged in a homicide in an allegedly planned assassination.

20. A compilation of numerous ABDALLAH Instagram videos and postings from USM parents was provided by USM on January 16, 2025. The videos were identified by USM and parents of USM students, after USM sent notification emails to the parents after the December 23, 2024, bomb threat. Your Affiant has viewed recent booking photos from California of ABDALLAH, and ABDALLAH does appear in numerous undated videos in which he references killing Jews and crucifying "so many of you." There is a photo of four female USM students, and the three who are known to be Jewish have their faces crossed out with the word "Death" above them. In one video ABDALLAH states that anyone who challenges him will be killed. "I have to kill you. I have to kill somebody. Somebody has to die." ABDALLAH stated, "We need to kill all the Jews so I can get to Heaven." In other videos ABDALLAH stated he will masturbate to people dying and Jews dying. ABDALLAH mentions several USM students who are Jewish and threatens to kill them.

## CONCLUSION

21. Based on the above facts, there is probable cause for a criminal complaint and arrest warrant for ABDALLAH due to his violations of 18 U.S.C. § 245(b)(2), Federally Protected Activities; 18 U.S.C. § 875(c), Interstate Threats; and 18 U.S.C. § 1038(a), False Information and Hoaxes.

7