# HURLEY BURISH, S.C.
## ATTORNEYS

33 EAST MAIN STREET, SUITE 400

<u>Mailing Address:</u>
POST OFFICE BOX 1528
MADISON, WI 53701-1528

| | | |
|---|---|---|
| Delaney B. Agnew | Peyton B. Engel | Tel. (608) 257-0945 |
| Jonas B. Bednarek | Andrew W. Erlandson | Fax. (608) 257-5764 |
| Cricket R. Beeson | Stephen P. Hurley | www.hurleyburish.com |
| Marcus J. Berghahn | Jennifer E. Recktenwald | Author's e-mail: |
| Joseph A. Bugni | David E. Saperstein | jbugni@hurleyburish.com |
| Mark D. Burish | Daniel J. Schlichting | |
| Skylar R. Croy | Catherine E. White | |

January 12, 2026

The Honorable Lynn Adelman
United States District Court Judge
United States Courthouse Room 364
517 E. Wisconsin Ave.
Milwaukee, WI 53202

  Re: *United States v. Zidan Abdallah*
     Case No. 25-44

To the Honorable Judge Adelman,

  In anticipation of today's hearing, the defense submits the proposed plan for Mr. Abdallah's transition back to Wisconsin. With this letter, I am also attaching a letter from Crownview about his progress.

- Abdallah will be discharged on January 18th and arrive in Wisconsin close to midnight.
    - The probation office would like it to be the next day because of the holiday, and we are still seeing if that can be accomplished.
- In the morning on January 19th, he will have an intake evaluation for IHP at Compass Health Center in Brookfield. This will be the next step in his treatment plan.
- We will request primary placement with his mom in the Eastern District of WI, and that a curfew be placed from 9:00 pm to 6:00 am.

- - o   I will note that she lives about four miles from USM. That was flagged as a potential problem for the probation office. In the defense's view, this is the best option we have for him. The only alternative is his grandparents.

- We request that the former conditions stay in place—no contact with victims and ankle monitoring. But we request that he be allowed to have a monitored smart phone for work and uber, but that absolutely no social media be allowed.

- We request a status hearing in 3 weeks from Abdallah's return to WI. That will give the new treatment facility the ability to give us the rundown of what they need and what they advise and what (if any) modifications need to be made with his meds. At that status hearing in February, we can also discuss the future dates.

- When Abdallah returns to Wisconsin, he will be booked for his misdemeanor case in Ozaukee Co. That will take place on the 19th or 20th, depending on timing with his return.

At the hearing, we can discuss what (if any) additional conditions the Court wants to impose.

Sincerely,

HURLEY BURISH, S.C.

*/s Joseph A. Bugni*

Joseph A. Bugni